GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

**RICHARD G. FALLAGO, ESQ.**
RFallago@grsm.com
Direct (401) 537-2008

One Citizens Plaza, Suite 1100
Providence, RI 02903
www.grsm.com

October 15, 2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *Debora v. United States of America*, No. 1:26-cv-08143-MMG (S.D.N.Y.) Letter-Motion to Adjourn the Initial Pretrial Conference and Related Deadlines, and to Hold Conference Remotely**

Dear Judge Garnett:

This office represents plaintiff David Debora in the above-referenced tax-refund action. I write respectfully, pursuant to Rules I(B)(5) and II(A)(1) of Your Honor's Individual Rules and Practices, to request (1) an adjournment of the Initial Pretrial Conference currently scheduled for November 10, 2026, together with the associated joint pre-conference submission deadlines, and (2) to request that counsel for the respective parties be permitted to appear at the rescheduled conference remotely by telephone or video.

The Complaint was filed on September 18, 2026, and the summons was served on the United States on September 23, 2026. Accordingly, pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, the United States' deadline to answer or otherwise respond to the Complaint is November 23, 2026 — after the currently scheduled Initial Pretrial Conference and the related joint submissions. The Initial Pretrial Conference is currently scheduled for November 10, 2026, with the proposed Case Management Plan and Scheduling Order and the joint letter being due approximately one week prior (on or about November 3, 2026). As the United States is still evaluating plaintiff's claims and how it will respond to the Complaint, and to give the parties sufficient time to meaningfully confer and prepare the joint proposed Case Management Plan and joint letter, the parties jointly submit that an adjournment of the conference to a date after the response deadline is warranted.

This is the first request to adjourn the Initial Pretrial Conference or to extend the related deadlines. The United States, through Assistant United States Attorney Carly Weinreb, consents to both requests.

The parties respectfully request that the Initial Pretrial Conference be adjourned to a date on or after November 30, 2026, convenient to the Court. Counsel for the United States is unavailable the week of Thanksgiving and has a conflicting court appearance on the morning of December 4, 2026. The parties further request that the deadline for the joint proposed Case Management Plan and Scheduling Order and the joint letter be extended to one week before the rescheduled conference date. No other scheduled dates would be affected by the requested adjournment.

Separately, and pursuant to Rule II(A)(1), plaintiff respectfully requests that the rescheduled Initial Pretrial Conference be held remotely by telephone or video. Counsel for the United States consents.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

Richard G. Fallago

cc: Carly Weinreb, Esq., *Counsel for the United States*, carly.weinreb@usdoj.gov

GRANTED. The parties' request to adjourn the conference is GRANTED. The Initial Pretrial Conference is hereby ADJOURNED to **December 2, 2026 at 10:00 a.m.** The associated joint letter and proposed Case Management Plan deadline is hereby EXTENDED to **November 25, 2026**. The parties' request to appear remotely is GRANTED. The Conference will be conducted via Microsoft Teams; counsel of record will receive a direct link in advance of the conference. The Clerk of Court is respectfully instructed to terminate Dkt. No. 15.

SO ORDERED. Dated, October 23, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE